UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wilmer A.-A.,

        Petitioner,

v.

Pamela Bondi, *Attorney General, United States Department of Justice*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; and Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*,

        Respondents.

File No. 26-cv-1660 (ECT/DLM)

**ORDER**

---

Petitioner Wilmer A.-A. has filed a Verified Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1.      Petitioner is directed to file a supplement to the Verified Petition for Writ of Habeas Corpus [ECF No. 1] on or before March 2, 2026, including Petitioner's view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Ali A. v. Bondi*, No. 26-cv-826 (ECT/DJF) (D. Minn. Feb. 3, 2026), ECF No. 12.

2.      Petitioner's supplement should include Petitioner's position on whether the

Petition should be (a) transferred to the appropriate district of confinement or (b) dismissed

without prejudice to refiling in the appropriate district, if it is determined that jurisdiction

is lacking.


Dated:  February 27,  2026                           s/ Eric C. Tostrud
                                                     Eric C. Tostrud
                                                     United States District Court